Brian A. Kelly (SBN 124738)
Andrew T. Lloyd (SBN 199367)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Email: bakelly@duanemorris.com
       atlloyd@duanemorris.com

Attorneys for Plaintiff and Cross-Defendant
WALNUT CREEK MANOR LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WALNUT CREEK MANOR LLC,<br><br>          Plaintiff,<br>     v.<br><br>MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former California corporation, Etch-Tek Electronics Corporation, a suspended California corporation; and DOES 1-50, inclusive,<br><br>          Defendants<br><br>───────────────────────<br><br>MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual,<br><br>          Cross-Claimants<br><br>     v.<br><br>WALNUT CREEK MANOR LLC,<br><br>          Cross-Defendants | Case No.: C-07-5664<br><br>**ADR CERTIFICATION BY WALNUT CREEK MANOR LLC**<br><br>Complaint Filed: November 7, 2007<br>Trial Date:      None Set |

DM2\1357281.1

Pursuant to Civil Local Rule 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1. Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

2. Discussed the available dispute resolution options provided by the Court and private entities; and

3. Considered whether this case might benefit from any of the available dispute resolution options.

**WALNUT CREEK MANOR LLC**

Dated: January 22, 2008        By: _____
                                    Milt J. Eberle

**DUANE MORRIS LLP**

Dated: January 22, 2008        By: _____
                                    Brian A. Kelly
                                    Attorney for Plaintiff and Cross-Defendant
                                    WALNUT CREEK MANOR LLC