Brian A. Kelly (SBN 124738)
Andrew T. Lloyd (SBN 199367)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
Email: bakelly@duanemorris.com
        atlloyd@duanemorris.com

Attorneys for Plaintiff and Cross-Defendant
WALNUT CREEK MANOR LLC

Fred M. Blum (SBN 101586)
Jonathan E. Meislin (SBN 243523)
**BASSI, MARTINI, EDLIN & BLUM LLP**
351 California Street, Suite 200
San Francisco, CA 94104
Telephone: 415.397.9006
Facsimile: 415.397.1339
Email: fblum@bmeblaw.com
        jmeislin@bmeblaw.com

Attorneys for Defendants and Cross-Claimants
MAYHEW CENTER LLC and DEAN DUNIVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WALNUT CREEK MANOR LLC,<br><br>                Plaintiff,<br>      v.<br><br>MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former California corporation, Etch-Tek Electronics Corporation, a suspended California corporation; and DOES 1-50, inclusive,<br><br>                Defendants | Case No.: C-07-5664<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Complaint Filed: November 7, 2007<br>Trial Date:      None Set |

DM2\1357838.1

JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

| | |
|---|---|
| 1 | MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual, |
| 2 | |
| 3 | Cross-Claimants |
| 4 | v. |
| 5 | WALNUT CREEK MANOR LLC, |
| 6 | Cross-Defendants |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes**:

___ Nonbinding-Arbitration (ADR L.R. 4)

_X_ Early Neutral Evaluation (ENE) (ADR L.R. 5)

___ Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

Private Process:

___ Private ADR (please identify process and provider) _____N/A_____

The parties agree to hold the ADR session by :

_X_ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered)

___ other requested deadline

DUANE MORRIS LLP

Dated: January 22, 2008          By: _____
                                 Andrew T. Lloyd
                                 Attorney for Plaintiff and Cross-Defendant
                                 WALNUT CREEK MANOR LLC

BASSI, MARTINI, EDLIN & BLUM LLP

Dated: January 22, 2008          By: F. Blum
                                 Fred A. Blum
                                 Attorney for Defendants and Cross-Claimants
                                 MAYHEW CENTER LLC and DEAN DUNIVAN

By: Andrew T. Lloyd

DM2\1357838.1                        3
JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  Pursuant to the Stipulation above, the captioned matter is hereby referred to:

2  ___  Non-binding arbitration

3  ___  Early Neutral Evaluation (ENE)

4  ___  Mediation

5  ___  Private ADR

7  Deadline for ADR session

9  ___  90 days from the date of this order

10 ___  Other: _____

13 IT IS SO ORDERED.

15 Dated: _____

                                             The Honorable Claudia Wilken
                                             UNITED STATES DISTRICT JUDGE