```
 1 | FRED M. BLUM, ESQ. (SBN 101586)
   | JONATHAN E. MEISLIN, ESQ. (SBN 243523)
 2 | BASSI, MARTINI, EDLIN & BLUM LLP
   | 351 California Street, Suite 200
 3 | San Francisco, CA 94104
   | Telephone:   (415) 397-9006
 4 | Facsimile:   (415) 397-1339
 5 |
   | Attorneys for Defendant and Cross-Claimants
 6 | MAYHEW CENTER, LLC; DEAN DUNIVAN
 7 |
 8 |            UNITED STATES DISTRICT COURT
 9 |            NORTHERN DISTRICT OF CALIFORNIA
10 |
```

| | |
|---|---|
| WALNUT CREEK MANOR, LLC, | CASE NO.   C 07 5664 |
| Plaintiffs, | **ADR CERTIFICATION BY MAYHEW CENTER** |
| vs. | |
| MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former California corporation, Etch-Tek Electronics Corporation, a suspended California corporation, and DOES 1-50, inclusive, | Complaint Filed: November 7, 2007<br>Trial Date:   None Set |
| Defendants. | |
| MAYHEW CENTER, LLC, a California limited company; Dean Dunivan, an individual | |
| Cross-Claimants | |
| vs. | |
| WALNUT CREEK MANOR, LLC, | |
| Cross-Defendants. | |

39616.wpd

1

1 |     Pursuant to Civil Local Rule 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has.

    1.    Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov:

    2.    Discussed the available dispute resolution options provided by the Court and private entitles; and

    3.    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 24, 2008

**MAYHEW CENTER**

_____ for dean dunivan
Dean Dunivan

Dates: January 24, 2008

**BASSI, MARTINI, EDLIN & BLUM**

_____
Fred M. Blum, Esq.
Attorney for Defendants and Cross-Claimants
MAYHEW CENTER; DEAN DUNIVAN