

FRED M. BLUM, ESQ. (SBN 101586)
JONATHAN E. MEISLIN, ESQ. (SBN 243523)
**BASSI, MARTINI, EDLIN & BLUM LLP**
351 California Street, Suite 200
San Francisco, CA 94104
Telephone:     (415) 397-9006
Facsimile:      (415) 397-1339

Attorneys for DEFENDANT
**MAYHEW CENTER, LLC AND DEAN DUNIVAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT CREEK MANOR, LLC,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an indivial; Etch-Tek, Inc., a former Califonia corporation, Etch-Tek Electronics Corporation, a suspended California corporation, and DOES 1-50, inclusive,<br><br>                    Defendants. | CASE NO.      C 07 5664<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FRCP RULE 26 DISCLOSURES** |

39930.wpd

1

1    IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of

2 record, as follows:

3    1.    Because Counsel for Defendants MAYHEW CENTER, LLC and DEAN DUNIVAN will

4         be out of the country, the parties agree to extend the deadline for serving their FRCP Rule

5         26 disclosures.

6    2.    The parties' disclosures under FRCP Rule 26 shall now be due on **February 12, 2008**.

7         IT IS SO STIPULATED.

8

9

10   Dated: January 30, 2008            **BASSI, MARTINI, EDLIN & BLUM LLP**

11

12                                      By: _____

13                                      JONATHAN E. MEISLIN
                                        Attorneys for DEFENDANTS
14                                      **MAYHEW CENTER, LLC AND DEAN
                                        DUNIVAN**
15

16   Dated: January 30, 2008            **DUANE MORRIS LLP**

17

18                                      By: _____
                                        ANDREW T. LLOYD
19                                      Attorneys for PLAINTIFF
                                        **WALNUT CREEK MANOR, LLC**

20

21

22                                  **ORDER**

23        The FRCP Rule 26 Disclosures of the parties are due February 12, 2008.

24        **IT IS SO ORDERED.**

25

26   Dated: _____    _____

27                                      Judge of the US District Court
                                        Northern District of California.

28

39930.wpd

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FRCP RULE 26 DISCLOSURES