1  Brian A. Kelly (SBN 124738)
   Andrew T. Lloyd (SBN 199367)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001

5  Email: bakelly@duanemorris.com
          atlloyd@duanemorris.com
6
   Attorneys for Plaintiff and Cross-Defendant
7  WALNUT CREEK MANOR LLC.

8

9            IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13 WALNUT CREEK MANOR LLC,                    Case No.: C-07-5664

14          Plaintiff,                         **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

15     v.                                     Complaint Filed: November 7, 2007
                                              Trial Date:      None Set
16 MAYHEW CENTER, LLC, a California limited
   liability company; Dean Dunivan, an individual;
17 Etch-Tek, Inc., a former California corporation,
   Etch-Tek Electronics Corporation, a suspended
18 California corporation; and DOES 1-50, inclusive,

19          Defendants

20 _____

21 MAYHEW CENTER, LLC, a California limited
   liability company; Dean Dunivan, an individual,
22
            Cross-Claimants
23

24     v.

25 WALNUT CREEK MANOR LLC,

26          Cross-Defendants

27

28

---

WALNUT CREEK MANOR'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have another kind of interest that could be substantially affected by the outcome of the proceeding:

1. Walnut Creek Manor LLC, a California limited liability company (Plaintiff and Cross-Defendant)

2. Agile Management LLC, a California limited liability company (related management company)

The individuals listed below are the beneficial owners, through various family trusts and/or other entities, of all of the interests in Walnut Creek Manor LLC and/or Agile Management LLC:

1. Ms. Anne O. Boswell
2. Ms. Leslie F. Boswell
3. Ms. Jamie Boswell Sharp
4. Ms. Lucy C. Boswell

DUANE MORRIS LLP

Dated: January 31, 2008      By: /s/ Andrew T. Lloyd
Andrew T. Lloyd
Attorney for Plaintiff and Cross-Defendant
WALNUT CREEK MANOR LLC