Brian A. Kelly (SBN 124738)
Andrew T. Lloyd (SBN 199367)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Email: bakelly@duanemorris.com
        atlloyd@duanemorris.com

Attorneys for Plaintiff and Cross-Defendant
WALNUT CREEK MANOR LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| WALNUT CREEK MANOR LLC, <br><br> Plaintiff, <br><br> v. <br><br> MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former California corporation, Etch-Tek Electronics Corporation, a suspended California corporation; and DOES 1-50, inclusive, <br><br> Defendants <br> _____ <br><br> MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual, <br><br> Cross-Claimants <br><br> v. <br><br> WALNUT CREEK MANOR LLC, <br><br> Cross-Defendants <br> _____ | Case No.: C-07-5664 <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Complaint Filed:  November 7, 2007 <br> Trial Date:        None Set |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have another kind of interest that could be substantially affected by the outcome of the proceeding:

1.    Walnut Creek Manor LLC, a California limited liability company (Plaintiff and Cross-Defendant)

2.    Agile Management LLC, a California limited liability company (related management company)

The individuals listed below are the beneficial owners, through various family trusts and/or other entities, of all of the interests in Walnut Creek Manor LLC and/or Agile Management LLC:

1.    Ms. Anne O. Boswell

2.    Ms. Leslie F. Boswell

3.    Ms. Jamie Boswell Sharp

4.    Ms. Lucy C. Boswell

DUANE MORRIS LLP

Dated: January 31, 2008          By: _____
                                      Andrew T. Lloyd
                                      Attorney for Plaintiff and Cross-Defendant
                                      WALNUT CREEK MANOR LLC

DM2\1362383.1

1

WALNUT CREEK MANOR'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS