

FRED M. BLUM, ESQ. (SBN 101586)
JONATHAN E. MEISLIN, ESQ. (SBN 243523)
**BASSI, MARTINI, EDLIN & BLUM LLP**
351 California Street, Suite 200
San Francisco, CA 94104
Telephone:    (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for DEFENDANT
**MAYHEW CENTER, LLC AND DEAN DUNIVAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT CREEK MANOR, LLC, | CASE NO.    C 07 5664 |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FRCP RULE 26 DISCLOSURES** |
| vs. | |
| MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an indivial; Etch-Tek, Inc., a former Califonia corporation, Etch-Tek Electronics Corporation, a suspended California corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

39930 wpd

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FRCP RULE 26 DISCLOSURES

1    IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of

2  record, as follows:

3  1.    Because Counsel for Defendants MAYHEW CENTER, LLC and DEAN DUNIVAN will

4        be out of the country, the parties agree to extend the deadline for serving their FRCP Rule

5        26 disclosures.

6  2.    The parties' disclosures under FRCP Rule 26 shall now be due on **February 12, 2008**.

7        IT IS SO STIPULATED.

8

9

10  Dated: January 30, 2008                    **BASSI, MARTINI, EDLIN & BLUM** LLP

11

12                                       By: _Jonathan Meslin_

13                                          JONATHAN E. MEISLIN
                                            Attorneys for DEFENDANTS
14                                          **MAYHEW CENTER, LLC AND DEAN
                                            DUNIVAN**

15

16  Dated: January 30, 2008                    **DUANE MORRIS** LLP

17

18                                       By: _Andrew Lloyd_

19                                          ANDREW T. LLOYD
                                            Attorneys for PLAINTIFF
                                            **WALNUT CREEK MANOR, LLC**

20

21

22                                       **ORDER**

23        The FRCP Rule 26 Disclosures of the parties are due February 12, 2008.

24        **IT IS SO ORDERED.**

25

26        2/11/08
    Dated: _____        _Claudia Wilken_
27                                          _____
                                            Judge of the US District Court
28                                          Northern District of California.