1  FRED M. BLUM, ESQ. (SBN 101586)
   JONATHAN E. MEISLIN, ESQ. (SBN 243523)
2  BASSI, MARTINI, EDLIN & BLUM LLP
   351 California Street, Suite 200
3  San Francisco, CA 94104
   Telephone:  (415) 397-9006
4  Facsimile:  (415) 397-1339

5

6  Attorneys for Defendant
   MAYHEW CENTER, LLC AND DEAN DUNIVAN

7

8  RECEIVED          UNITED STATES DISTRICT COURT

9    MAR 21 2008     NORTHERN DISTRICT OF CALIFORNIA

10  RICHARD W. WIEKING
    CLERK, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
11         OAKLAND

12  WALNUT CREEK MANOR, LLC,                )   CASE NO.   C 07 5664 CW
                                            )
13          Plaintiffs,                     )   STIPULATION AND [PROPOSED]
                                            )   ORDER EXTENDING THE EARLY
14     vs.                                  )   NEUTRAL EVALUATION
                                            )   PROGRAM DEADLINE
15  MAYHEW CENTER, LLC, a California        )
    limited liability company; Dean Dunivan, an )
16  indivial; Etch-Tek, Inc., a former Califonia )
    corporation, Etch-Tek Electronics Corporation, )
17  a suspended California corporation, and DOES )
    1-50, inclusive,                        )
18                                          )
            Defendants.                     )
19  _____)

20

21

22

23

24

25

26

27

28

42159.wpd                                   1
STIPULATION AND [PROPOSED] ORDER EXTENDING THE EARLY NEUTRAL EVALUATION PROGRAM DEADLINE

IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of record, as follows:

1. Due to scheduling conflicts and each parties' desire to for extra time to properly prepare, the parties have agreed to extend the deadline for the completion of the Early Neutral Evaluation program.

2. Therefore, the **April 22, 2008** deadline set by the current scheduling order for the completion of the Early Neutral Evaluation program shall be extended to **April 29, 2008**.

IT IS SO STIPULATED.

Dated: March 14, 2008         BASSI, MARTINI, EDLIN & BLUM LLP

By: _____
JONATHAN E. MEISLIN
Attorneys for DEFENDANTS
MAYHEW CENTER, LLC AND DEAN DUNIVAN

Dated: March 20, 2008         DUANE MORRIS LLP

By: _____
ANDREW T. LLOYD
Attorneys for PLAINTIFF
WALNUT CREEK MANOR, LLC

## ORDER

The parties shall submit to the Early Neutral Evaluation program by **April 29, 2008**.

IT IS SO ORDERED.

Dated: _____
Judge of the US District Court
Northern District of California.

Re: **Walnut Creek Manor, LLC v. MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an indivial; Etch-Tek, Inc., a former Califonia corporation, Etch-Tek Electronics Corporation, a suspended California corporation, and DOES 1-50, inclusive**
**United States District Court, Northern District, Case No. C 07 5664**

## PROOF OF SERVICE - CCP § 1013(a)(3)

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date set forth below, I served the within:

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE EARLY NEUTRAL EVALUATION PROGRAM DEADLINE**

on the following parties:

Greg T. Broderick, Esq.
Katherine E. Wagner, Esq.
Downey Brand LLP
555 Capitol Mall, 10th Floor
Sacramento, CA 95814
Attorney for Mayhew Center, LLC

William Jenkins, Esq.
California Attorney General's Office
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Attorney for SF Regional Water Quality Control Board

Brian A. Kelley, Esq.
Andrew Thomas Lloyd, Esq.
Duane Morris LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104

___ **BY PERSONAL SERVICE:** I caused a copy of said documents to be hand delivered to the interested party at the address set forth above.

XX **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

___ **BY FACSIMILE:** I caused said documents to be sent via facsimile to the interested party at the facsimile number set forth below.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on March 21, 2008, at San Francisco, California.

_____
CHRISTINE GILL

8F186DE6.wpd

PROOF OF SERVICE