FRED M. BLUM, ESQ. (SBN 101586)
JONATHAN E. MEISLIN, ESQ. (SBN 243523)
BASSI, MARTINI, EDLIN & BLUM LLP
351 California Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

Attorneys for Defendant
MAYHEW CENTER, LLC AND DEAN DUNIVAN

RECEIVED
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT CREEK MANOR, LLC, | CASE NO. C 07 5664 CW |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER EXTENDING THE EARLY NEUTRAL EVALUATION PROGRAM DEADLINE |
| vs. | |
| MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an indivial; Etch-Tek, Inc., a former Califonia corporation, Etch-Tek Electronics Corporation, a suspended California corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

42159.wpd

1

STIPULATION AND [PROPOSED] ORDER EXTENDING THE EARLY NEUTRAL EVALUATION PROGRAM DEADLINE

1  IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of
2  record, as follows:
3  1.  Due to scheduling conflicts and each parties' desire to for extra time to properly prepare,
4      the parties have agreed to extend the deadline for the completion of the Early Neutral
5      Evaluation program.
6  2.  Therefore, the **April 22, 2008** deadline set by the current scheduling order for the
7      completion of the Early Neutral Evaluation program shall be extended to **April 29, 2008**.

9  IT IS SO STIPULATED.

11  Dated: March 14, 2008                BASSI, MARTINI, EDLIN & BLUM LLP

13                                       By: _____
                                              JONATHAN E. MEISLIN
14                                            Attorneys for DEFENDANTS
                                              MAYHEW CENTER, LLC AND DEAN
15                                            DUNIVAN

17  Dated: March 20, 2008                DUANE MORRIS LLP

19                                       By: _____
                                              ANDREW T. LLOYD
20                                            Attorneys for PLAINTIFF
                                              WALNUT CREEK MANOR, LLC

## ORDER

The parties shall submit to the Early Neutral Evaluation program by **April 29, 2008**.

IT IS SO ORDERED.

Dated: 3/26/08                           _____
                                         Judge of the US District Court
                                         Northern District of California.

Re: **Walnut Creek Manor, LLC v. MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an indivial; Etch-Tek, Inc., a former Califonia corporation, Etch-Tek Electronics Corporation, a suspended California corporation, and DOES 1-50, inclusive**
United States District Court, Northern District, Case No. C 07 5664

## PROOF OF SERVICE - CCP § 1013(a)(3)

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date set forth below, I served the within:

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE EARLY NEUTRAL EVALUATION PROGRAM DEADLINE**

on the following parties:

Greg T. Broderick, Esq.
Katherine E. Wagner, Esq.
Downey Brand LLP
555 Capitol Mall, 10th Floor
Sacramento, CA 95814
Attorney for Mayhew Center, LLC

William Jenkins, Esq.
California Attorney General's Office
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Attorney for SF Regional Water Quality Control Board

Brian A. Kelley, Esq.
Andrew Thomas Lloyd, Esq.
Duane Morris LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104

___ **BY PERSONAL SERVICE:** I caused a copy of said documents to be hand delivered to the interested party at the address set forth above.

XX **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

___ **BY FACSIMILE:** I caused said documents to be sent via facsimile to the interested party at the facsimile number set forth below.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on March 21, 2008, at San Francisco, California.

_____
CHRISTINE GILL