# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Walnut Creek Manor, LLC, | No. C 07-05664 CW ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Mayhew Center, LLC, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __April 29, 2008__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __May 2, 2008__                    _____[signature]_____
                                          Evaluator, Gerald F. George
                                          Pillsbury Winthrop
                                          50 Fremont St.
                                          San Francisco, CA 94105

**Certification of ADR Session**
07-05664 CW ENE