Brian A. Kelly (SBN 124738)
Andrew Thomas Lloyd (SBN 199367)
DUANE MORRIS LLP
One Market Street, Spear Tower, Suite 2000
San Francisco, CA 94105
Telephone: (415) 957-3000
Facsimile: (415) 957-3001

Attorneys for Plaintiff,
Walnut Creek Manor LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NORTHERN CALIFORNIA

### (OAKLAND)

| | |
|---|---|
| WALNUT CREEK MANOR, LLC<br><br>Plaintiff,<br><br>v.<br><br>MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former California corporation; Etch-Tek Electronics Corporation, a suspended California corporation, and DOES 1-50, inclusive,<br><br>Defendants<br><br>_____<br><br>MAYHEW CENTER, LLC, a California limited liability company; and Dean Dunivan, an individual,<br><br>Cross-Claimants,<br><br>v.<br><br>WALNUT CREEK MANOR, LLC, a Delaware Limited Liability Corporation,<br><br>Cross-Defendant | CASE NO. C-07-5664<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR ADDITION OF PARTIES OR CLAIMS UNTIL MAY 19, 2008** |

1

1    WALNUT CREEK MANOR LLC, Plaintiff and Cross-Defendant, and MAYHEW CENTER

2  LLC and DEAN DUNIVAN, Defendants and Cross-Claimants, hereby stipulate, through their

3  respective counsel, to extend the deadline for the addition of parties or claims, from May 5, 2008

4  until May 19, 2008.  All other dates set forth in the Court's March 20, 2008 Case Management Order

5  will remain unchanged.

6

Date: May 5, 2008                          DUANE MORRIS LLP

7

8                                                   By: 

9                                                         Brian A. Kelly

10                                                        Andrew T. Lloyd
                                                         Attorneys for Plaintiff and Cross-Defendant
11                                                        WALNUT CREEK MANOR LLC

12

13

14                                                  BASSI, MARTINI, EDLIN & BLUM LLP

15                                                  By:  F. BLUM

16                                                        Fred M. Blum

17                                                        Jonathan E. Meislin
                                                         Attorneys for Defendants and Cross-Claimants
18                                                        MAYHEW CENTER LLC and DEAN DUNIVAN

19                                                        BY: ANDREW T. LLOYD

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR ADDITION OF
PARTIES OR CLAIMS UNTIL MAY 19, 2008

DM2\1443271.1 03166-00001

1

## [PROPOSED] ORDER

2

It is hereby ordered, pursuant to stipulation, that the due date for adding parties and claims in

3

accordance with the Court's Case Management Order is extended from May 5, 2008 to May 19,

4

2008.  All other dates and deadlines set forth in the Court's March 20, 2008 Case Management

5

Order shall remain unchanged.

6

7

DATED:_____          _____

8

Hon. Claudia Wilken
U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR ADDITION OF
PARTIES OR CLAIMS UNTIL MAY 19, 2008

DM2\1443271.1 03166-00001

**PROOF OF SERVICE**

*Walnut Creek Manor, LLC v. Mayhew Center, LLC, et al.*
United States District Court, Northern District, Case No. C-07-5664

     I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of DUANE MORRIS LLP and my business address is One Market, Spear Street, Suite 2000, San Francisco, California 94105-1104. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Post Office. On May 5, 2008, I caused to be served the following document(s):

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR ADDITION OF PARTIES OR CLAIMS UNTIL MAY 19, 2008**

  **X**    MAIL: by placing (___ the original ) (__X__ a true copy ) thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at San Francisco, California, addressed as set forth below.

  ____    PERSONAL DELIVERY: by causing to be hand delivered by First Legal Messengers (___ the original ) (____a true copy ) thereof to the person at the address set forth below.

  ____    FEDERAL EXPRESS: by placing (___the original ) (____a true copy ) thereof enclosed in a sealed Federal Express envelope with postage fully prepaid at a Federal Express office located in San Francisco, California, addressed as set forth below.

  ____    FACSIMILE: by telecopying a true copy thereof to the party at the facsimile number as set forth below.

| | |
|---|---|
| 1.  **Fred M. Blum Esq.**<br>**Jonathan E. Meislin, Esq.**<br>**Bassi Martini Edlin & Blum LLP**<br>**351 California Street, Suite 200**<br>**San Francisco CA  94104** | **Attorneys for Defendants and Cross-Complainants**<br>**MAYHEW CENTER, LLC, and**<br>**DEAN DUNIVAN**<br>TEL: (415) 403-4421<br>FAX: (415) 397-1339<br>E-MAIL: fblum@bmeblaw.com<br>E-MAIL: jmeislin@bmeblaw.com |

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 5, 2008, in San Francisco, California.

Bianca A. Herrera

---
1
PROOF OF SERVICE

DM2\1443271.1 03166-00001