Brian A. Kelly (SBN 124738)
Andrew Thomas Lloyd (SBN 199367)
DUANE MORRIS LLP
One Market Street, Spear Tower, Suite 2000
San Francisco, CA 94105
Telephone: (415) 957-3000
Facsimile: (415) 957-3001

Attorneys for Plaintiff,
Walnut Creek Manor LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA

(OAKLAND)

| | |
|---|---|
| WALNUT CREEK MANOR, LLC<br><br>Plaintiff,<br>v.<br><br>MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former California corporation; Etch-Tek Electronics Corporation, a suspended California corporation, and DOES 1-50, inclusive,<br><br>Defendants<br><br>MAYHEW CENTER, LLC, a California limited liability company; and Dean Dunivan, an individual,<br><br>Cross-Claimants,<br>v.<br><br>WALNUT CREEK MANOR, LLC, a Delaware Limited Liability Corporation,<br><br>Cross-Defendant | CASE NO. C-07-5664<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR ADDITION OF PARTIES OR CLAIMS UNTIL MAY 19, 2008** |

---

1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR ADDITION OF
PARTIES OR CLAIMS UNTIL MAY 19, 2008

DM2\1443271.1 03166-00001

WALNUT CREEK MANOR LLC, Plaintiff and Cross-Defendant, and MAYHEW CENTER LLC and DEAN DUNIVAN, Defendants and Cross-Claimants, hereby stipulate, through their respective counsel, to extend the deadline for the addition of parties or claims, from May 5, 2008 until May 19, 2008. All other dates set forth in the Court's March 20, 2008 Case Management Order will remain unchanged.

Date: May 5, 2008

DUANE MORRIS LLP



By: _____
Brian A. Kelly
Andrew T. Lloyd
Attorneys for Plaintiff and Cross-Defendant
WALNUT CREEK MANOR LLC


BASSI, MARTINI, EDLIN & BLUM LLP

By: F. BLUM
Fred M. Blum
Jonathan E. Meislin
Attorneys for Defendants and Cross-Claimants
MAYHEW CENTER LLC and DEAN DUNIVAN

By: ANDREW T. LLOYD

## [PROPOSED] ORDER

It is hereby ordered, pursuant to stipulation, that the due date for adding parties and claims in accordance with the Court's Case Management Order is extended from May 5, 2008 to May 19, 2008. All other dates and deadlines set forth in the Court's March 20, 2008 Case Management Order shall remain unchanged.

DATED: 5/6/08

*/s/ Claudia Wilken*
Hon. Claudia Wilken
U.S. District Court Judge

# PROOF OF SERVICE

*Walnut Creek Manor, LLC v. Mayhew Center, LLC, et al.*
United States District Court, Northern District, Case No. C-07-5664

    I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of DUANE MORRIS LLP and my business address is One Market, Spear Street, Suite 2000, San Francisco, California 94105-1104. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Post Office. On May 5, 2008, I caused to be served the following document(s):

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR ADDITION OF PARTIES OR CLAIMS UNTIL MAY 19, 2008**

__X__  MAIL: by placing (___ the original) (__X__ a true copy) thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at San Francisco, California, addressed as set forth below.

_____  PERSONAL DELIVERY: by causing to be hand delivered by First Legal Messengers (___ the original) (____ a true copy) thereof to the person at the address set forth below.

_____  FEDERAL EXPRESS: by placing (___ the original) (____ a true copy) thereof enclosed in a sealed Federal Express envelope with postage fully prepaid at a Federal Express office located in San Francisco, California, addressed as set forth below.

_____  FACSIMILE: by telecopying a true copy thereof to the party at the facsimile number as set forth below.

1. Fred M. Blum Esq.
   Jonathan E. Meislin, Esq.
   Bassi Martini Edlin & Blum LLP
   351 California Street, Suite 200
   San Francisco CA 94104

   Attorneys for Defendants and Cross-Complainants
   MAYHEW CENTER, LLC, and DEAN DUNIVAN
   TEL: (415) 403-4421
   FAX: (415) 397-1339
   E-MAIL: fblum@bmeblaw.com
   E-MAIL: jmeislin@bmeblaw.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 5, 2008, in San Francisco, California.

*/s/ Bianca A. Herrera*