FRED M. BLUM, ESQ. (SBN 101586)
JONATHAN E. MEISLIN, ESQ. (SBN 243523)
BASSI, MARTINI, EDLIN & BLUM LLP
351 California Street, Suite 200
San Francisco, CA 94104
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
MAYHEW CENTER, LLC AND DEAN DUNIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT CREEK MANOR, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former Califonia corporation, Etch-Tek Electronics Corporation, a suspended California corporation, and DOES 1-50, inclusive, <br><br> Defendants. | Case No. C 07 5664 <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN PRE-TRIAL DATES SET FORTH IN THE COURT'S MARCH 30, 2008, MINUTE ORDER AND CASE MANAGEMENT ORDER** <br><br> Trial Date: May 18, 2008 |
| MAYHEW CENTER, LLC, a California limited liability company; and DEAN DUNIVAN, an individual, <br><br> Cross-Claimants, <br><br> vs. <br><br> WALNUT CREEK MANOR, LLC, <br><br> Cross-Defendant. | |

51049

1

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN PRE-TRIAL DATES SET FORTH IN THE COURT'S
MARCH 30, 2008, MINUTE ORDER AND CASE MANAGEMENT ORDER

IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of record, that the date for completion of fact discovery set forth in the Court's March 20, 2008 Minute Order and Case Management Order ("CMO"), a copy of which is attached hereto as Exhibit "A," in this matter will be extended for the following reasons:

1. The parties have yet to complete, and are not expected to complete by September 3, 2008, all factual discovery;
2. The parties are currently attempting to informally resolve certain discovery disputes, which will require additional time beyond September 3, 2008, to resolve; and
3. The depositions of various witnesses, including Plaintiff Walnut Creek Manor, LLC's person most knowledgeable and percipient witnesses, have yet to be completed;

The parties, therefore, believe that extending the factual discovery cut-off date, which is currently set for September 3, 2008, until November 3, 2008, is in the best interest of all parties involved. Therefore, the parties hereby stipulate to extend the date for completion of fact discovery until **November 3, 2008**.

The parties additionally stipulate, by and through their attorneys of record, that the following pre-trial dates in the CMO will also be extended for a period of sixty days:

| Event | Previous Deadline | New Deadline |
| --- | --- | --- |
| - Disclosure of Identities and Reports of Expert Witnesses: | 9/29/08 | 11/28/08 |
| - Completion of Expert Discovery: | 11/14/08 | 01/13/09 |
| - All Case-Dispositive Motions to be Heard on or Before: | 12/18/08 | 02/16/09 |

The parties further stipulate and request that the Court continue the date of the next Case Management Conference, set on December 18, 2008, until February 18, 2009, or a date available

51040

2

for the Court to conduct the next Case Management Conference.

IT IS SO STIPULATED.

Dated: September 10, 2008

BASSI, MARTINI, EDLIN & BLUM LLP

By: _____
FRED M. BLUM
JONATHAN E. MEISLIN
Attorneys for DEFENDANTS
MAYHEW CENTER, LLC AND DEAN DUNIVAN

Dated: September 10, 2008

DUANE MORRIS LLP

By: _____
BRIAN A. KELLY
ANDREW T. LLOYD
Attorneys for PLAINTIFF
WALNUT CREEK MANOR, LLC

3

STIPULATION AND [PROPOSED] ORDER EXTENDING FACTUAL DISCOVERY CUT-OFF DATE TO NOVEMBER 3, 2008

## ORDER

Pursuant to the foregoing stipulation of the Parties, and for good cause shown, the Court hereby orders that the following dates in the Court's March 20, 2008, Minute Order and Case Management Order are hereby amended as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| - Completion of Fact Discovery | 09/03/08 | 11/03/08 |
| - Disclosure of Identities and Reports of Expert Witnesses: | 09/29/08 | 11/28/08 |
| - Completion of Expert Discovery: | 11/14/08 | 01/13/09 |
| - All Case-Dispositive Motions to be Heard on or Before: | 12/18/08 | 02/16/09 |
| - Date of the Next Case Management Conference: | 12/18/08 | _____ |

All other dates set forth in the March 20, 2008, Minute Order and Case Management Order will remain unchanged.

**IT IS SO ORDERED.**

Dated: _____

_____
Judge of the US District Court
Northern District of California

Re: **Walnut Creek Manor, LLC v. MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former Califonia corporation, Etch-Tek Electronics Corporation, a suspended California corporation, and DOES 1-50, inclusive**
United States District Court, Northern District Case No. C 07 5664

## PROOF OF SERVICE – ELECTRONIC TRANSMISSION

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date executed below, I electronically served the document(s) via ECF, described below, on the recipients designated on the District Court's ECF Transaction Receipt located on the ECF website.

**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN PRE-TRIAL DATES SET FORTH IN THE COURT'S MARCH 30, 2008, MINUTE ORDER AND CASE MANAGEMENT ORDER**

On the following parties:

SEE SERVICE LIST PROVIDED BY DISTRICT COURT'S ECF WEBSITE

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on September 10, 2008, at San Francisco, California.

/s/ CHRISTINE GILL
_____
CHRISTINE GILL

52802

1

PROOF OF SERVICE