```
1  FRED M. BLUM, ESQ. (SBN 101586)
   JONATHAN E. MEISLIN, ESQ. (SBN 243523)
2  BASSI, MARTINI, EDLIN & BLUM LLP
   351 California Street, Suite 200
3  San Francisco, CA 94104
   Telephone:   (415) 397-9006
4  Facsimile:   (415) 397-1339

5  Attorneys for Defendant
   MAYHEW CENTER, LLC AND DEAN DUNIVAN
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| WALNUT CREEK MANOR, LLC, | Case No. C 07 5664 |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN PRE-TRIAL DATES SET FORTH IN THE COURT'S SEPTEMBER 18, 2008, ORDER |
| vs. | |
| MAYHEW CENTER, LLC, a California limited liability company; DEAN DUNIVAN, an individual; ETCH-TEK, INC., a former California corporation, and DOES 1-50, inclusive, | Trial Date: May 18, 2008 |
| Defendants. | |
| MAYHEW CENTER, LLC, a California limited liability company; and DEAN DUNIVAN, an individual, | |
| Cross-Claimants, | |
| vs. | |
| WALNUT CREEK MANOR, LLC, | |
| Cross-Defendant. | |

IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of record, that the date for completion of fact discovery set forth in the Court's September 18, 2008 Order, a copy of which is attached hereto as Exhibit "A" ("ORDER"), in this matter will be extended for three weeks, until November 24, 2008, with respect to the following depositions:

1. MANSOUR SEPEHR, which is currently set to commence on November 11, 2008;
2. ELYSE HEILSHORN, which is currently set to commence on November 12, 2008;
3. JOHN GERY, which is currently set to commence on November 14, 2008;
4. ALLWEST GEOSCIENCE, INC.'s 30(b)(6) Witness, which is currently set to commence on November 14, 2008;
5. RAY LANDIN, which is currently set to commence on November 20, 2008;
6. MILT EBERLE, which is currently set to commence on November 21, 2008; and
7. WALNUT CREEK MANOR, LLC's ("WCM") 30(b)(6) Witnesses, which are currently set to commence on November 20, 2008 and November 21, 2008;

The necessity for such a stipulation exists because the parties will be unable to complete the above mentioned fact-discovery depositions before the discovery cut-off date due to delay in Counsel for MAYHEW CENTER, LLC's ("MAYHEW") trial in an unrelated matter. Based thereon, the parties believe that extending the discovery cut off date solely as it relates to the above mentioned depositions, which are to occur on the above mentioned dates or as otherwise agreed to by the parties, for three weeks is in the best interest of all parties involved. Therefore, the parties hereby stipulate to extend the date for completion of fact discovery until **November 24, 2008**, with respect to the abovementioned depositions only, which are to occur on the above mentioned dates or as otherwise agreed to by the parties.

The parties additionally stipulate, by and through their attorneys of record, that because the aforementioned delay in fact discovery, the following pre-trial dates in the Court's

51040

2

September 18, 2008, Order ("ORDER"), related to expert-discovery will also need to be extended for a period of three weeks:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| - Disclosure of Identities and Reports of Expert Witnesses: | 11/28/08 | 12/19/08 |
| - Completion of Expert Discovery: | 01/13/09 | 02/03/08 |
| - All Case-Dispositive Motions to be Heard on or Before: | 02/19/09 | 03/12/09 |

The parties further stipulate and request that the Court continue the date of the next Case Management Conference, set on February 19, 2009, until March 12, 2009, or a date available for the Court to conduct the next Case Management Conference.

**IT IS SO STIPULATED.**

Dated: November \_\_6\_\_, 2008        BASSI, MARTINI, EDLIN & BLUM LLP

By: _____
FRED M. BLUM
JONATHAN E. MEISLIN
Attorneys for DEFENDANTS
MAYHEW CENTER, LLC AND DEAN DUNIVAN

Dated: November \_\_6\_\_, 2008        DUANE MORRIS LLP

By: _____
BRIAN A. KELLY
CHRISTIAN P. FOOTE
Attorneys for PLAINTIFF
WALNUT CREEK MANOR, LLC

51040                                    3

STIP. AND [PROPOSED] ORDER EXT. CERTAIN PRE-TRIAL DATES SET FORTH IN THE COURT'S SEP. 18, 2008, ORDER

## ORDER

Pursuant to the foregoing stipulation of the Parties, and for good cause shown, the Court hereby orders that the following dates in the Court's September 19, 2008, Order are hereby amended as follows:

| Event | Previous Deadline | New Deadline |
| --- | --- | --- |
| - The fact-discovery depositions of Mansour Sepehr; Elyse Heilshorn; John Gery; Allwest Geoscience, Inc.'s 30(B)(6) Witness; Ray Landin; Milt Eberle; And Walnut Creek Manor, LLC's 30(B)(6) Witnesses: | 11/03/08 | 11/24/08 |
| - Disclosure of Identities and Reports of Expert Witnesses: | 11/28/08 | 12/19/08 |
| - Completion of Expert Discovery: | 01/13/09 | 02/03/08 |
| - All Case-Dispositive Motions to be Heard on or Before: | 02/19/09 | 03/12/09 |
| - Date of the Next Case Management Conference: | 02/19/09 | 3/12/09 |

All other dates set forth in the Court's September 19, 2008, Order will remain unchanged.

IT IS SO ORDERED.

Dated: 11/10/08

Judge of the US District Court
Northern District of California

Re: **Walnut Creek Manor, LLC v. MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former Califonia corporation, Etch-Tek Electronics Corporation, a suspended California corporation, and DOES 1-50, inclusive**
United States District Court, Northern District Case No. C 07 5664

## PROOF OF SERVICE – CCP §1013(a)(3)

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date set forth below, I served the within:

**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN PRE-TRIAL DATES SET FORTH IN THE COURT'S SEPTEMBER 18, 2008, ORDER**

on the following parties:

> Brian A. Kelly
> Duane Morris
> One Market, Spear Tower, Ste. 2000
> San Francisco, CA 94105-1104
> Telephone: (415) 957-3213
> Facsimile: (415) 957-3001
> Attorneys for Plaintiff Walnut Creek Manor, LLC

__XX__ **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on November 6, 2008, at San Francisco, California.

*/s/ Christine Gill*
CHRISTINE GILL

54586

1

PROOF OF SERVICE