IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALNUT CREEK MANOR,

    Plaintiff,

  v.

MAYHEW CENTER,

    Defendant.
                                     /

No. C 07-05664 CW

ORDER ON SUMMARY JUDGMENT BRIEFING SCHEDULE

Plaintiff filed two motions for partial summary judgment and an opposition to Defendant's motion for partial summary judgment on February 19, 2009. As per the Court's standing order, Plaintiff should have filed these motions and the opposition in one document, and have abided by the twenty-five page limit. Plaintiff must file, in one document, a cross-motion for partial summary judgment that contains its opposition to Defendant's motion by Monday, February 23, 2009. Plaintiff may request leave from the Court to exceed the twenty-five page limit if necessary. Defendant must file its reply, which must contain an opposition to the cross-motion, by Friday, February 27. Plaintiff's reply is due by Thursday, March 5. The hearing set for March 12 is vacated and rescheduled to March 19, at 2:00 p.m.

    IT IS SO ORDERED.

Dated: 2/20/09

                                            CLAUDIA WILKEN
                                            United States District Judge

United States District Court
For the Northern District of California