**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALNUT CREEK MANOR, LLC,

      Plaintiff,

   v.

MAYHEW CENTER, LLC; and DEAN DUNIVAN,

      Defendants.

_____

MAYHEW CENTER, LLC; and DEAN DUNIVAN,

      Cross-Claimants,

   v.

WALNUT CREEK MANOR, LLC,

      Cross-Defendant.

_____/

No. C 07-05664 CW

ORDER ON FILING
OPPOSITIONS TO
MOTIONS IN LIMINE

    As per the Court's standing order for pretrial preparation, Walnut Creek Manor and Mayhew Center were supposed to file their pretrial documents by April 21, 2009.  The parties filed their documents on April 24.  Because of this delay, the parties are now ordered to file their oppositions to the motions in limine by Thursday, April 30, 2009.

    IT IS SO ORDERED.

Dated: 4/28/09

_____
CLAUDIA WILKEN
United States District Judge