Brian A. Kelly (SBN 124738)
Christian P. Foote (SBN 240919)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:     bakelly@duanemorris.com
            cpfoote@duanemorris.com

Attorneys for Plaintiff and Cross-Defendant
WALNUT CREEK MANOR, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT CREEK MANOR, LLC, | Case No. C 07 5664 CW |
| Plaintiff, | |
| v. | **ORDER ALLOWING USE OF ELECTRONIC DEVICES IN THE COURTHOUSE** |
| MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former California corporation; and DOES 1-50, inclusive, | |
| Defendants. | |
| MAYHEW CENTER, LLC, a California limited liability company; and DEAN DUNIVAN, an individual, | Date:     May 18, 2009<br>Time:     8:30 a.m.<br>Ctrm:     2, 4th Floor |
| Cross-Claimants, | Judge:    Hon. Claudia Wilken |
| v. | First Amended<br>Complaint Filed:   May 19, 2008 |
| WALNUT CREEK MANOR, LLC, | |
| Cross-Defendant. | |

DM1\1747083.1

ORDER ALLOWING USE OF ELECTRONIC DEVICES IN THE COURTHOUSE

1  Pursuant to Northern District of California General Order No. 58, Section IV(E)(1), the use
2  of electronic devices other than laptops, PDAs or their equivalent, by Walnut Creek Manor, LLC and
3  Dean Dunivan and Mayhew Center, LLC and/or their representatives is hereby allowed in the
4  courthouse and/or the courtroom for remainder of this Action, as set forth on the attached list.

6  SO ORDERED.

7  Date: May __19__, 2009

8  _____
   Honorable Claudia Wilken