IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALNUT CREEK MANOR, LLC,

    Plaintiff,

  v.

MAYHEW CENTER, LLC; and DEAN DUNIVAN,

    Defendants.
_____

MAYHEW CENTER, LLC; and DEAN DUNIVAN,

    Cross-Claimants,

  v.

WALNUT CREEK MANOR, LLC,

    Cross-Defendant.
_____/

No. C 07-05664 CW

ORDER ON BRIEFING REMAINING CAUSES OF ACTION

    On June 1, 2009, the jury entered a verdict in favor of Plaintiff on the state law claims. The parties are now instructed to meet and confer and file a joint statement proposing how the remaining causes of action should be resolved. If a joint statement is not possible, Plaintiff is instructed to file a brief outlining its proposal by July 23, 2009. Defendants shall respond by July 30, and Plaintiff shall reply by August 6.

Dated: 7/13/09

                                 /s/ Claudia Wilken
                                 CLAUDIA WILKEN
                                 United States District Judge