Brian A. Kelly (SBN 124738)
Christian P. Foote (SBN 240919)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:    bakelly@duanemorris.com
              cpfoote@duanemorris.com

Attorneys for Plaintiff and Cross-Defendant
WALNUT CREEK MANOR, LLC


Jeffrey M. Judd (SBN 136358)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone:    (415) 848-3221
Facsimile:    (415) 848-4999
juddj@howrey.com

Attorneys for Defendants and Cross-Claimants
MAYHEW CENTER, LLC AND DEAN DUNIVAN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT CREEK MANOR, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former California corporation; and DOES 1-50, inclusive,<br><br>               Defendants. | Case No.: C 07 5664 CW<br><br>**STIPULATION AND ORDER ON FILING DEADLINE FOR WALNUT CREEK MANOR LLC'S AFFIDAVITS AND OPPOSITION TO MC'S MOTIONS FOR NEW TRIAL AND/OR TO ALTER OR AMEND JUDGMENT** |

MAYHEW CENTER, LLC, a California limited
liability company; and DEAN DUNIVAN, an
individual,

                    Cross-Claimants,

      v.

WALNUT CREEK MANOR, LLC,

                    Cross-Defendant.

Date:       December 3, 2009
Time:      2pm
Ctrm:     2, 4th Floor

Judge:    Hon. Claudia Wilken

First Amended
Complaint Filed:   May 19, 2008

## STIPULATION

WHEREAS, on October 19, 2009, Mayhew Center LLC and Dean Dunivan (collectively, "MC") filed a Motion for New Trial under FRCP 59 (docket # 183), and a Motion to Alter or Amend the CERCLA Judgment under FRCP 52 (docket # 185).

WHEREAS, MC has calendared the above-referenced motions for hearing on December 3, 2009.

WHEREAS, Local Rule 7-3 provides that oppositions, including opposing affidavits, to noticed motions must be filed no later than 21 days before the hearing, which based on the December 3 hearing date, is November 12, 2009;

WHEREAS, Federal Rule of Civil Procedure, Rule 59, under which MC moves for new trial, provides that "opposing affidavits" must be filed as follows:

> When a motion for a new trial is based on affidavits, they must be filed with the motion. The opposing party has 10 days after being served to file opposing affidavits; but that period may be extended for up to 20 days, either by the court for good cause or by the parties' stipulation. The court may permit reply affidavits.

FRCP 59(c).

WHEREAS, FRCP 52, under which MC moves for an order altering and/or amending the judgment, does not specify a time limit for filing opposing papers and/or affidavits;

WHEREAS, a potential conflict exists between the Local Rule 7-3 and FRCP 59(c) as to the due dates for opposing affidavits and other opposing papers;

WHEREAS, to address this potential conflict and to avoid potential piecemeal filing of

affidavits and opposition briefs, the parties enter into the following stipulation and agreement.

NOW THEREFORE it is stipulated and agreed by and among Plaintiff and Defendants, by and through their undersigned counsel, as follows:

1. The due date for WCM's memoranda in opposition to MC's Motion for New Trial under FRCP 59 and Motion to Alter or Amend the CERCLA Judgment under FRCP 52, as well as any opposing affidavits, are by agreement extended to November 12, 2009.

SO STIPULATED

Dated: October 27, 2009            **DUANE MORRIS LLP**

                                   By:        _/s/ Brian A. Kelly_
                                             Brian A. Kelly
                                             Christian P. Foote
                                             Attorneys for Plaintiff WALNUT CREEK MANOR LLC

Dated: October 27, 2009            **HOWERY LLP**

                                          _/s/ Jeffrey M. Judd_
                                             Jeffrey M. Judd
                                             Attorneys for Defendant and Cross-Complainant MAYHEW CENTER LLC and DEAN DUNIVAN

**ORDER**

Pursuant to the above stipulation, and good cause appearing therefore, IT IS SO ORDERED that WCM's opposition papers to MC's Motion for New Trial under FRCP 59 and Motion to Alter or Amend the CERCLA Judgment under FRCP 52, as well as any opposing affidavits, are due on November 12, 2009.

10/28/09

Dated _____

_____

Hon. Claudia Wilken
Judge of the United States District Court