1 Aaron Myers (SBN 200145)
HOWREY LLP
2 525 Market Street, Suite 3600
San Francisco, California 94105
3 Telephone: (415) 848-4900
4 Facsimile: (415) 848-4999
myersa@howrey.com
5
6 Elizabeth Weaver (SBN 123764)
HOWREY LLP
7 550 South Hope Street, Suite 1100
Los Angeles, California 90071
8 Telephone: (213) 892-1800
Facsimile: (213) 892-2300
9 weavere@howrey.com

10 Attorneys for MAYHEW CENTER, LLC
and DEAN DUNIVAN
11

12 UNITED STATES DISTRICT COURT

13 NORTHERN DISTRICT OF CALIFORNIA

14 OAKLAND DIVISION

15

| | |
|---|---|
| WALNUT CREEK MANOR, LLC, | **Case No. 4:07-cv-5664 CW** |
| Plaintiff, | |
| vs. | **STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| MAYHEW CENTER, LLC; and DEAN DUNIVAN, | |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |
| AND RELATED CASE: | **Case No. 4:10-cv-0527 CW** |
| MAYHEW CENTER, LLC; and DEAN DUNIVAN, | |
| Plaintiff, | |
| vs. | |
| NORMA BEARD, | |
| Defendant. | |

**HOWREY LLP**

Case Nos. 4:07-cv-5664, 4:10-cv-0527
STIPULATION AND [PROPOSED] ORDER
CONTINUING SETTLEMENT CONFERENCE

1 **STIPULATION**

2  WHEREAS, on April 22, 2010, Judge Wilken referred the parties in these two cases to

3 Magistrate Judge Spero for a settlement conference and ordered Mayhew Center, LLC member Dr.

4 Clifford Tschetter to attend;

5  WHEREAS, Magistrate Judge Spero noticed the settlement conference for June 21, 2010;

6  WHEREAS, due to a pre-existing commitment, Dr. Tschetter is not available on June 21, 2010;

7  WHEREAS, all parties have agreed to continue the settlement conference to July 14, 2010;

8  IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, subject to

9 approval of the Court, that the settlement conference is continued to July 14, 2010, at 9:30 a.m.

10  IT IS SO STIPULATED.

11 Dated: June 14, 2010                     /s/ Aaron Myers

12                                            Aaron Myers
                                             HOWREY LLP
13                                           525 Market Street, Suite 3600
                                             San Francisco, California 94105
14                                           Tel: (415) 848-4900
15                                           myersa@howrey.com

16                                           *Counsel for Mayhew Center, LLC and Dean Dunivan*

17 Dated: June 14, 2010                     /s/ Brian A. Kelly

18                                           Brian A. Kelly
                                             DUANE MORRIS LLP
19                                           One Market, Spear Tower, Suite 2000
                                             San Francisco, CA 94105
20                                           Tel.: (415) 957-3213
21                                           BAKelly@duanemorris.com

                                             *Counsel for Walnut Creek Manor, LLC*
22

23 Dated: June 14, 2010                     /s/ Edward L. Seidel

24                                           Edward L. Seidel
                                             COOPER WHITE & COOPER LLP
25                                           201 California Street, 17th Floor
                                             San Francisco, California 94111
26                                           Tel: (415) 433-1900
                                             ESeidel@cwclaw.com
27
                                             *Counsel for Norma Beard*
28

**HOWREY LLP**

Case Nos. 4:07-cv-5664, 4:10-cv-0527          -1-
STIPULATION AND [PROPOSED] ORDER
CONTINUING SETTLEMENT CONFERENCE

1  **[PROPOSED] ORDER**

2  Upon the stipulation of the parties, and good cause appearing, the settlement conference is
3  continued to July 14, 2010, at 9:30 a.m.

4  IT IS SO ORDERED.

5  Dated: June 14, 2010

6  The Honorable ~~Joseph C. Spero~~
   United States ~~District Court~~

*[Signed: Judge Joseph C. Spero]*

**HOWREY LLP**

Case No. 4:07-cv-5664
MAYHEW CENTER'S RESPONSE TO OBJECTIONS TO
DECLARATIONS OF TREADWELL & ROLLO AND J. JUDD

-2-