1  Aaron Myers (SBN 200145)
   HOWREY LLP
2  525 Market Street, Suite 3600
   San Francisco, California  94105
3  Telephone:  (415) 848-4900
4  Facsimile:  (415) 848-4999
   myersa@howrey.com
5

6  Elizabeth Weaver (SBN 123764)
   HOWREY LLP
7  550 South Hope Street, Suite 1100
   Los Angeles, California  90071
8  Telephone:  (213) 892-1800
   Facsimile:  (213) 892-2300
9  weavere@howrey.com

10 Attorneys for MAYHEW CENTER, LLC
   and DEAN DUNIVAN
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                        OAKLAND DIVISION

15

| | |
|---|---|
| WALNUT CREEK MANOR, LLC, | **Case No. 4:07-cv-5664 CW** |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE** |
| MAYHEW CENTER, LLC; and DEAN DUNIVAN, | |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |
| AND RELATED CASE: | **Case No. 4:10-cv-0527 CW** |
| MAYHEW CENTER, LLC; and DEAN DUNIVAN, | |
| Plaintiff, | |
| vs. | |
| NORMA BEARD, | |
| Defendant. | |

# STIPULATION

WHEREAS, on April 22, 2010, the Court referred the parties in these two cases to Magistrate Judge Spero for a settlement conference; ordered Mayhew Center, LLC member Dr. Clifford Tschetter to attend the settlement conference; and set the two cases for a status conference on July 13, 2010;

WHEREAS, Magistrate Judge Spero noticed the settlement conference for June 21, 2010;

WHEREAS, due to a pre-existing commitment, Dr. Tschetter is not available on June 21, 2010;

WHEREAS, all parties have agreed to continue the settlement conference to July 14, 2010, provided the Court continues the status conference to July 27, 2010;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, subject to approval of the Court, that the status conference is continued to July 27, 2010, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: June 14, 2010    /s/ Aaron Myers

Aaron Myers
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Tel: (415) 848-4900
myersa@howrey.com

*Counsel for Mayhew Center, LLC and Dean Dunivan*

Dated: June 14, 2010    /s/ Brian A. Kelly

Brian A. Kelly
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105
Tel.: (415) 957-3213
BAKelly@duanemorris.com

*Counsel for Walnut Creek Manor, LLC*

Dated: June 14, 2010    /s/ Edward L. Seidel

Edward L. Seidel
COOPER WHITE & COOPER LLP
201 California Street, 17th Floor
San Francisco, California 94111
Tel: (415) 433-1900
ESeidel@cwclaw.com

*Counsel for Norma Beard*

1  **[PROPOSED] ORDER**

2  Upon the stipulation of the parties, and good cause appearing, the status conference is
3  continued to July 27, 2010, at 2:00 p.m.

4  IT IS SO ORDERED.

5  Dated:  June 15, 2010

   _____
6  The Honorable Claudia Wilken
   United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

Case No. 4:07-cv-5664
MAYHEW CENTER'S RESPONSE TO OBJECTIONS TO
DECLARATIONS OF TREADWELL & ROLLO AND J. JUDD

-2-