1  Aaron Myers (SBN 200145)
   HOWREY LLP
2  525 Market Street, Suite 3600
   San Francisco, California  94105
3  Telephone:  (415) 848-4900
4  Facsimile:  (415) 848-4999
   myersa@howrey.com
5
   Elizabeth Weaver (SBN 123764)
6  HOWREY LLP
7  550 South Hope Street, Suite 1100
   Los Angeles, California  90071
8  Telephone:  (213) 892-1800
   Facsimile:  (213) 892-2300
9  weavere@howrey.com

10 Attorneys for MAYHEW CENTER, LLC
   and DEAN DUNIVAN
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                   OAKLAND DIVISION

| | |
|---|---|
| WALNUT CREEK MANOR, LLC,<br><br>        Plaintiff,<br><br>     vs.<br><br>MAYHEW CENTER, LLC; and DEAN DUNIVAN,<br><br>        Defendants. | **Case No. 4:07-cv-5664 CW**<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| AND RELATED CROSS-ACTION. | |
| AND RELATED CASE:<br><br>MAYHEW CENTER, LLC; and DEAN DUNIVAN,<br><br>        Plaintiff,<br><br>     vs.<br><br>NORMA BEARD,<br><br>        Defendant. | **Case No. 4:10-cv-0527 CW** |

# STIPULATION

WHEREAS, on April 22, 2010, the Court referred the parties in these two consolidated cases to Magistrate Judge Spero for a settlement conference and set the cases for a status conference on July 13, 2010;

WHEREAS, Magistrate Judge Spero noticed the settlement conference for June 21, 2010;

WHEREAS, on the stipulation of the parties, Magistrate Judge Spero continued the settlement conference to July 14, 2010, and the Court continued the status conference to July 27, 2010;

WHEREAS, the parties reached an agreement in principle to resolve the two consolidated cases at the settlement conference with Magistrate Judge Spero on July 14, 2010;

WHEREAS, at the conclusion of the settlement conference, Magistrate Judge Spero ordered the parties to return for a further settlement conference if they are unable finalize the specific terms and conditions to effectuate an agreement before then;

WHEREAS, on July 16, 2010, Magistrate Judge Spero issued an order setting the further settlement conference on August 23, 2010;

WHEREAS, on July 19, 2010, the Court referred the parties to the consolidated *Mayhew Center v. Beard* action to Magistrate Judge Spero for a settlement conference;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, subject to approval of the Court, that the status conference in the two consolidated cases is continued to September 21, 2010, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: July 20, 2010          /s/ Aaron Myers
                              Aaron Myers
                              HOWREY LLP
                              525 Market Street, Suite 3600
                              San Francisco, California 94105
                              Tel: (415) 848-4900
                              myersa@howrey.com

                              *Counsel for Mayhew Center, LLC and Dean Dunivan*

Dated: July 20, 2010          /s/ Brian A. Kelly
                              Brian A. Kelly
                              DUANE MORRIS LLP

One Market, Spear Tower, Suite 2000
San Francisco, CA 94105
Tel.: (415) 957-3213
BAKelly@duanemorris.com

*Counsel for Walnut Creek Manor, LLC*

Dated: July 20, 2010        /s/ Edward L. Seidel

Edward L. Seidel
COOPER WHITE & COOPER LLP
201 California Street, 17th Floor
San Francisco, California 94111
Tel: (415) 433-1900
ESeidel@cwclaw.com

*Counsel for Norma Beard*

**ORDER**

Upon the stipulation of the parties, and good cause appearing, the status conference presently set for July 27, 2010, is continued to September 21, 2010, at 2:00 p.m.

IT IS SO ORDERED.

Dated: 7/22/2010

The Honorable Claudia Wilken
United States District Court

HOWREY LLP

Case Nos.  4:07-cv-5664, 4:10-cv-0527
STIPULATION AND [PROPOSED] ORDER
CONTINUING STATUS CONFERENCE

-2-