Brian A. Kelly (SBN 124738)
Christian P. Foote (SBN 240919)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:    bakelly@duanemorris.com
           cpfoote@duanemorris.com

Attorneys for Plaintiff and Cross-Defendant
WALNUT CREEK MANOR, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT CREEK MANOR, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former California corporation; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 4:07-CV-5664 CW <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** <br><br> Judge:   Hon. Claudia Wilken <br><br> First Amended <br> Complaint Filed:   May 19, 2008 |
| AND RELATED CROSS-ACTION. | |
| AND RELATED CASE: <br><br> MAYHEW CENTER, LLC, and DEAN DUNIVAN, <br><br> Plaintiff, <br><br> v. <br><br> NORMA BEARD, <br><br> Defendant. | **Case No. 4:10-cv-0527 CW** |

# STIPULATION

WHEREAS, on April 22, 2010, the Court referred the parties in these two consolidated cases to Magistrate Judge Spero for a settlement conference and set the cases for a status conference on July 13, 2010;

WHEREAS, Magistrate Judge Spero noticed the settlement conference for June 21, 2010;

WHEREAS, on the stipulation of the parties, Magistrate Judge Spero continued the settlement conference to July 14, 2010, and the Court continued the status conference to July 27, 2010;

WHEREAS, at the conclusion of the settlement conference, Magistrate Judge Spero ordered the parties to return for a further settlement conference if they are unable to finalize the specific terms and conditions to effectuate an agreement before then;

WHEREAS, on July 16, 2010, Magistrate Judge Spero issued an order setting the further settlement conference on August 23, 2010;

WHEREAS, on July 19, 2010, the Court referred the parties to the consolidated *Mayhew Center v. Beard* action to Magistrate Judge Spero for a settlement conference;

WHEREAS, on the stipulation of the parties, Judge Wilken continued the status conference in the two consolidated cases to September 21, 2010.

WHEREAS, lead counsel for Plaintiff and Cross-Defendant Walnut Creek Manor, LLC has a long-standing business beginning on September 20, 2010, and will not return until October 4, 2010, which was overlooked at the time of the parties' prior stipulation.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, subject to approval of the Court, that the status conference in the two consolidated cases is continued to October 12, 2010 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: August 9, 2010                    **DUANE MORRIS LLP**

                                         */s/ Brian A. Kelly*
                                         Brian A. Kelly
                                         Attorneys for Plaintiff and Cross-Defendant
                                         WALNUT CREEK MANOR, LLC

| | |
|---|---|
| Dated: August 9, 2010 | **HOWREY LLP** |
| | */s/ Aaron Myers* |
| | Aaron Myers |
| | Attorneys for Defendant and Cross-Complainant |
| | MAYHEW CENTER LLC and DEAN DUNIVAN |
| Dated: August 9, 2010 | **COOPER WHITE & COOPER LLP** |
| | */s/ Edward L. Seidel* |
| | Edward L. Seidel |
| | Attorneys for Defendant |
| | NORMA BEARD |

## <u>ORDER</u>

Upon the stipulation of the parties, and good cause appearing, the status conference presently set for September 21, 2010, is continued to October 12, 2010, at 2:00 p.m.

IT IS SO ORDERED.

Dated: 8/11/2010

*[signature: Claudia Wilken]*

The Honorable Claudia Wilken
United States District Court