COOPER, WHITE & COOPER LLP
WILLIAM H. G. NORMAN (SBN 49942)
    wnorman@cwclaw.com
EDWARD L. SEIDEL (SBN 200865)
    eseidel@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant Norma Beard

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MAYHEW CENTER, LLC; and DEAN DUNIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>NORMA BEARD,<br><br>Defendant. | CASE NO. C10-00527 (CW)<br>Related case No. C07-05664 CW (JCS)<br><br>**STIPULATION FOR FURTHER SETTLEMENT CONFERENCE**<br><br><br>Case Filed: February 5, 2010<br>Trial Date: None Set |

All Parties and their counsel of record stipulate that a Further Settlement Conference shall occur on <u>October 27, 2010 at 11:00 a.m</u>. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Counsel will appear at the Settlement Conference with persons having unlimited authority to negotiate and settle the case on behalf of the parties, and an appropriate representative of Norma Beard's insurer will also appear.

Updated confidential settlement conference statements may be lodged with the Court by October 20, 2010 and such statements shall be submitted in .pdf format and emails to JCSPO@cand.uscourts.goc.

/ / /

/ / /

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

642060.1

C10-00527 (CW)
STIPULATION FOR FURTHER SETTLEMENT CONFERENCE

1  The parties will notify the Court at 415-522-3691 if these cases settle prior to the date set
2  for the further Settlement Conference.

3  **So Stipulated**.

5  DATED: October 15, 2010            COOPER, WHITE & COOPER LLP

7                                     By:  x *Edward L. Seidel*
                                           Edward L. Seidel
8                                          Attorneys for Norma Beard

9  DATED: October 15, 2010            DUANE MORRIS LLP

11                                    By:  x *Brian A. Kelly*
                                           Brian A. Kelly
12                                         Attorneys for Walnut Creek Manor

13 DATED: October 15, 2010            HOWREY LLP

15                                    By:  x *Aaron Myers*
                                           Aaron Myers
16                                         Attorneys for Mayhew Center and Dean
                                           Dunivan

19 Dated: 10/18/10

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

642060.1                               2                        C10-00527 (CW)
STIPULATION FOR FURTHER SETTLEMENT CONFERENCE