IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT CREEK MANOR, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MAYHEW CENTER, LLC, a California limited liability company; DEAN DUNIVAN, an individual; ETCH-TEK, INC., a former California corporation, and DOES 1-50, inclusive,<br><br>    Defendants.<br>_____/ | No. 07-cv-05664 CW<br><br>ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL<br>(Docket No. 254) |

    Attorney Fred Blum and the law firm of Blassi, Edlin, Huie and Blum LLP (collectively BEHB) have moved the Court to be relieved as counsel of record to Mayhew Center, LLC and Dean Dunivan (collectively the Mayhew Center).  The Mayhew Center have retained new counsel, and filed a statement of non-opposition to BEHB's motion.  BEHB has shown good cause to be relieved as counsel to Mayhew Center.  Therefore, BEHB's motion is GRANTED.

IT IS SO ORDERED.

Dated 11/2/2010



CLAUDIA WILKEN
United States District Judge