Brian A. Kelly (SBN 124738)
Christian P. Foote (SBN 240919)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   bakelly@duanemorris.com
          cpfoote@duanemorris.com

Attorneys for Plaintiff and Cross-Defendant
WALNUT CREEK MANOR, LLC

Aaron Myers (SBN 200145)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California  94105-2708
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999
myersa@howrey.com

Attorneys for Defendants and Cross-Claimants
MAYHEW CENTER, LLC and DEAN DUNIVAN

Edward L. Seidel
**COOPER, WHITE & COOPER LLP**
201 California St., 17th Fl.
San Francisco, CA 94111
Tel: 415-433-1900
Fax: 415-433-5530

Attorneys for NORMA BEARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT CREEK MANOR, LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former California corporation; and DOES 1-50, inclusive,<br><br>                Defendants. | Case No. C 07 5664 CW<br>[Related Case no. C-10-00527-CW]<br><br>**STIPULATION AND ORDER FOR REMOVAL OF DECEMBER 7, 2010 STATUS CONFERENCE FROM CALENDAR** |

DM1\2412109.1 03166/00001
STIPULATION AND [~~PROPOSED~~] ORDER RE: DECEMBER 7, 2010 STATUS CONFERENCE

| | |
|---|---|
| MAYHEW CENTER, LLC, a California limited liability company; and DEAN DUNIVAN, an individual,<br><br>    Cross-Claimants,<br><br>    v.<br><br>WALNUT CREEK MANOR, LLC,<br><br>    Cross-Defendant. | Judge:   Hon. Claudia Wilken<br><br>First Amended<br>Complaint Filed:   May 19, 2008 |

## STIPULATION

Plaintiff/Cross-Defendant Walnut Creek Manor LLC ("WCM"), Defendants/Cross-Complainants Mayhew Center LLC and Dean Dunivan (collectively, "MC"), and Norma Beard, stipulate as follows:

WHEREAS, a Status Conference is currently scheduled for December 7, 2010 at 2pm, pursuant to the Clerk's Notice dated October 8, 2010 [docket no. 267];

WHEREAS, on November 23, 2010, the Court signed the Injunction Order Against Mayhew Center LLC, And Dean Dunivan With Respect To Cleanup/Abatement Of The MC/WCM Properties [docket no. 273];

WHEREAS, the Court's Injunction Order and the parties' accompanying Stipulation resolve all outstanding issues that remained to be adjudicated in this action;

WHEREAS, the parties wish to avoid unnecessary litigation costs;

IT IS HEREBY STIPULATED that WCM, by and through its attorney of record Duane Morris, LLP; MC, by and through its attorney of record Howrey LLP; and Norma Beard, by and through her attorney of record Cooper, White and Cooper, agree to the following:

1. The Status Conference, currently scheduled for December 7, 2010, shall be removed from the calendar.

///

///

///

Dated: November 24, 2010            **DUANE MORRIS LLP**

                                    _____*/s/ Brian Kelly*_____
                                    Brian A. Kelly
                                    Attorneys for Plaintiff and Cross-Defendant
                                    WALNUT CREEK MANOR, LLC

Dated: November 24, 2010            **HOWREY LLP**

                                    _____*/s/ Aaron Myers*_____
                                    Aaron Myers
                                    Attorneys for Defendant and Cross-Complainant
                                    MAYHEW CENTER LLC and DEAN DUNIVAN

                                    **COOPER, WHITE & COOPER LLP**

Dated:  November 24, 2010           _____*/s/ Ed Seidel*_____
                                    Edward Seidel
                                    Attorney for Norma Beard

**ORDER**

Pursuant to the above stipulation, and good cause appearing therefore, IT IS SO ORDERED.

Dated: **11/30/2010**

Hon. Claudia Wilken
Judge of the United States District Court