Brian A. Kelly (SBN 124738)
Christian P. Foote (SBN 240919)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:     bakelly@duanemorris.com
            cpfoote@duanemorris.com

Attorneys for Plaintiff and Cross-Defendant
WALNUT CREEK MANOR, LLC

Elizabeth M. Weaver (SBN 123764)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile:  (213) 892-9494
Email: eweaver@fulbright.com

Attorneys for Defendants and Cross-Claimants
MAYHEW CENTER, LLC and DEAN DUNIVAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT CREEK MANOR, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>MAYHEW CENTER, LLC, a California limited liability company; Dean Dunivan, an individual; Etch-Tek, Inc., a former California corporation; and DOES 1-50, inclusive,<br><br>                    Defendants.<br><br>MAYHEW CENTER, LLC, a California limited liability company; and DEAN DUNIVAN, an individual,<br><br>                    Cross-Claimants,<br><br>          v.<br><br>WALNUT CREEK MANOR, LLC,<br><br>                    Cross-Defendant. | Case No. C 07 5664 CW<br>[Related Case no. C-10-00527-CW]<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL OF MOTION FOR NEW TRIAL AND DISMISSAL OF CROSS-COMPLAINT WITH PREJUDICE**<br><br><br><br><br><br>Judge:        Hon. Claudia Wilken<br><br>First Amended<br>Complaint Filed:     May 19, 2008 |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41, Civ. L.R. 7-12, and the agreement of the parties, Plaintiff/Cross-Defendant Walnut Creek Manor LLC ("WCM"), and Defendants/Cross-Complainants Mayhew Center LLC and Dean Dunivan (collectively, "MC"), stipulate as follows:

WHEREAS, the parties have settled all disputes in connection with the subject matter of this litigation by way of a Settlement Agreement;

WHEREAS, on November 23, 2010, the Court signed the Injunction Order Against Mayhew Center LLC, and Dean Dunivan With Respect To Cleanup/Abatement Of The MC/WCM Properties [docket no. 273];

WHEREAS, the Settlement Agreement requires MC and Dunivan to withdraw their motion for new trial [docket entry # 183], and to effect the dismissal with prejudice of their Cross-Complaint against WCM [docket entry # 4], upon the signing by the Court of the Injunction Order;

WHEREAS, the Court's Injunction Order and the parties' accompanying Stipulation and Settlement Agreement resolve all outstanding issues that remained to be adjudicated in this action;

IT IS HEREBY STIPULATED that WCM, by and through its attorney of record Duane Morris, LLP; and MC and Dunivan, by and through their attorney of record Howrey LLP, agree to the following:

1.      MC's and Dunivan's Motion for New Trial [docket entry # 183], is hereby withdrawn;

2.      All counterclaims MC and Dunivan asserted against WCM in the above-captioned action are hereby dismissed with prejudice.

//

//

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CROSS COMPLAINT WITH PREJUDICE AND WITHDRAWAL OF MOTION FOR NEW TRIAL

1      3.    WCM, MC and Dunivan each shall bear their own costs and attorneys' fees in

2 connection with the action.

3

4 Dated: April 26, 2011            **DUANE MORRIS LLP**

5

6                        */s/ Brian Kelly*

                   Brian A. Kelly

7                    Attorneys for Plaintiff and Cross-Defendant

                   WALNUT CREEK MANOR, LLC

8

9 Dated: June 22, 2011            **FULBRIGHT & JAWORSKI L.L.P.**

10

11                      */s/ Elizabeth Weaver*

                   Elizabeth M. Weaver

12                    Attorneys for Defendant and Cross-Complainant

                   MAYHEW CENTER LLC and DEAN DUNIVAN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF CROSS COMPLAINT WITH PREJUDICE AND
WITHDRAWAL OF MOTION FOR NEW TRIAL

**ORDER**

PURSUANT TO STIPULATION, ALL COUNTERCLAIMS MC AND DUNIVAN ASSERTED AGAINST WCM IN THE ABOVE CAPTIONED ACTION ARE HEREBY DISMISSED WITH PREJUDICE AND MC AND DUNIVAN'S MOTION FOR NEW TRIAL IS TO BE WITHDRAWN.

IT IS SO ORDERED.

Dated ___ **6/23/2011** _____

_____
Hon. Claudia Wilken
Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CROSS COMPLAINT WITH PREJUDICE AND WITHDRAWAL OF MOTION FOR NEW TRIAL