IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT CREEK MANOR, LLC,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MAYHEW CENTER LLC, et al.,<br><br>　　　Defendants.<br>_____/ | No. C 07-05664 CW<br><br>ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME (Docket No. 319) |

　　　IT IS HEREBY ORDERED that the motion for extension of time (Docket No. 319) filed on August 22, 2013, is GRANTED IN PART.  Defendant may file his late opposition on August 29, 2013; Plaintiffs may file a further reply on September 5, 2013; and the hearing will remain as set on September 12, 2013, at 2:00 p.m.

Dated: 8/26/2013

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge