IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT CREEK MANOR, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAYHEW CENTER, LLC, and DEAN DUNIVAN,<br><br>　　　　Defendants.<br>_____/ | No. C 07-5664 CW<br><br>ORDER CONTINUING HEARING ON MOTION FOR SANCTIONS (Docket No. 323) |

　　On September 6, 2013, Defendant Dean Dunivan filed an "emergency motion" to reset the hearing on Plaintiff Walnut Creek Manor's motion for sanctions.  Dunivan also requested an extension of time to file his opposition to the motion for sanctions because he did not receive a copy of the August 26, 2013 order, Docket No. 320, granting him leave to file a late opposition.

　　Dunivan is hereby granted a seven-day extension of time to file his opposition to Plaintiff's motion for sanctions.  The opposition must be filed by September 13, 2013.  Plaintiff may file a reply by September 20, 2013.  The hearing previously set for September 12, 2013 is VACATED.  The Court shall set a new hearing date on the motion for sanctions if necessary.  The Clerk shall mail a copy of this order to the address that Dunivan listed for himself on his most recent filing.

　　IT IS SO ORDERED.

Dated: 9/9/2013

CLAUDIA WILKEN
United States District Judge