IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT CREEK MANOR, LLC, | No. C 07-5664 CW |
| Plaintiff, | ORDER DENYING MOTION FOR RECONSIDERATION (Docket No. 341) |
| v. | |
| MAYHEW CENTER, LLC, and DEAN DUNIVAN, | |
| Defendants. | |

On December 30, 2013, Defendants Dean Dunivan and Mayhew Center LLC moved for reconsideration of the Court's December 10, 2013 order releasing the remaining escrow funds to Plaintiff Walnut Creek Manor. Defendants' motion is based on a recent letter from the Regional Water Quality Control Board (RWQCB) which purportedly "shows that Dunivan and Mayhew are, contrary to Plaintiff's allegations, working diligently and with the RWQCB to remediate the PCE [contamination]" and that "they are making progress." Docket No. 341, Mot. Reconsideration, at 2.

The RWQCB's letter does not justify reconsideration of the Court's order. As previously explained, Plaintiff is entitled to recover the remaining escrow funds under the express terms of the November 2010 injunction because Defendants failed to complete their cleanup and abatement obligations by the deadline set forth in the injunction and subsequently extended by this Court. The RWQB's letter does not change this fact and, if anything, confirms that Defendants have yet to complete their cleanup and abatement obligations.

1  Defendants' motion for reconsideration (Docket No. 341) is
2  therefore DENIED.  Plaintiff shall respond to the findings in the
3  RWQCB's letter in its supplemental brief on January 8, 2014.  As
4  stated in the December 10, 2013 order, whatever funds currently
5  remain in the escrow account shall remain there pending the
6  January 23, 2104 hearing.
7  IT IS SO ORDERED.

Dated: 1/3/2014

CLAUDIA WILKEN
United States District Judge